| | | |
|---|---|---|
| People v Rodriguez | 2d Dept: 139 AD3d 883 (Queens) | denied 9/8/16 (Stein, J.) |
| People v Samaroo | 2d Dept: 137 AD3d 1308 (Queens) | denied 9/21/16 (Pigott, J.) |
| People v Saunders | County Ct, 5/18/16 (Erie) | denied 9/26/16 (Pigott, J.) |
| People v Schumaker | 4th Dept: 136 AD3d 1369 (Erie) | denied reconsideration 9/19/16 (Garcia, J.) |
| People v Scott | 1st Dept: 140 AD3d 617 (NY) | denied 9/22/16 (Garcia, J.) |
| People v Shannon | 3d Dept: 139 AD3d 1250 (Chemung) | denied 9/20/16 (Garcia, J.) |
| People v Showell | App Term, 1st Dept: 52 Misc 3d 131(A) (NY) | denied 9/30/16 (DiFiore, Ch. J.) |
| People v Simonovichyus | App Term, 1st Dept: 51 Misc 3d 153(A) (NY) | denied 9/26/16 (Fahey, J.) |
| People v Smith (Henry) | 3d Dept: 137 AD3d 1323 (Albany) | denied 9/26/16 (Fahey, J.) |
| People v Smith (Leroy) | 4th Dept: 140 AD3d 1699 (Onondaga) | granted 9/6/16 (DiFiore, Ch. J.) |
| People v Snype | 2d Dept: 141 AD3d 737 (Orange) | denied 9/8/16 (Stein, J.) |
| People v Sommers | 3d Dept: 140 AD3d 1537 (Montgomery) | denied 9/30/16 (Abdus-Salaam, J.) |
| People v Soto | 4th Dept: 141 AD3d 1088 (Monroe) | denied 9/30/16 (Abdus-Salaam, J.) |
| People v Spears | 4th Dept: 140 AD3d 1629 (Monroe) | denied 9/29/16 (DiFiore, Ch. J.) |
| People v Stegeman | 2d Dept: 139 AD3d 1092 (Dutchess) | denied 9/30/16 (Fahey, J.) |
| People v Thomas | 4th Dept: 136 AD3d 1390 (Erie) | denied reconsideration 9/12/16 (DiFiore, Ch. J.) |
| People v Thompson (Antwan) | App Div, 2d Dept: 2016 NY Slip Op 75830(U) (Kings) | dismissed 9/6/16 (Stein, J.) |
| People v Thompson (Garnell) | 2d Dept: 141 AD3d 551 (Kings) | denied 9/20/16 (Garcia, J.) |
| People v Tomeno | 4th Dept: 141 AD3d 1120 (Monroe) | denied 9/26/16 (Abdus-Salaam, J.) |
| People v Torres (Adan) | 1st Dept: 140 AD3d 478 (NY) | denied 9/21/16 (Garcia, J.) |
| People v Torres (Carlos) | 1st Dept: 140 AD3d 534 (NY) | denied 9/8/16 (Stein, J.) |
| People v Triplett | App Div, 4th Dept, 6/28/16 (Erie) | dismissed 9/21/16 (DiFiore, Ch. J.) |